UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Ashland)

| | | |
|---|---|---|
| EDWARD BRIGHT, | ) | |
| Petitioner, | ) ) ) | Civil Action No. 0: 19-089-DCR |
| v. | ) ) | |
| J.C. STREEVAL, Warden, | ) ) | **MEMORANDUM ORDER** |
| Respondent. | ) ) | |

*** *** *** ***

Federal inmate Edward Bright has filed a habeas petition pursuant to 28 U.S.C. § 2241 in which he seeks to challenge the imposition of disciplinary sanctions. [Record No. 1] The Court conducted the initial screening required by 28 U.S.C. § 2243 and concluded that Bright's petition warranted a response. The Court then sent a copy of Bright's petition to the respondent and directed that he file a response within 60 days. [Record No. 4]

The United States, on behalf of Respondent, has filed a response to Bright's petition, stating that it has expunged the relevant disciplinary findings from Bright's record, restored his lost good conduct time, and updated his sentence computation to reflect the restoration of that time. [Record No. 10] Given the Respondent's representations to the Court which it supports with documentary evidence [Record No. 10-1], Bright's petition is now moot. *See, e.g., Adames v. Quintana*, No. 5:11-cv-424-KSF, 2013 WL 182733, at *2 (E.D. Ky. Jan. 17, 2013) (explaining that no controversy remained because the petitioner's

disciplinary conviction was expunged from his record and his good conduct time was restored). Accordingly, it is hereby

**ORDERED** as follows:

1. Bright's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Record No. 1] is **DENIED** as moot.

2. This matter is **STRICKEN** from the docket.

3. The Court will enter a corresponding Judgment.

Dated: November 21, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky